# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 407 MAL 2017

           Respondent          :

                               :    Petition for Allowance of Appeal from

                v.                  :    the Order of the Superior Court

SALIK NASIR AL-KAABAH,          :

           Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.